■ JOEL PAULL, M.D., et al., Respondents, v FIRST UNUM LIFE INSURANCE COMPANY et al., Appellants, et al., Defendants. (Appeal No. 1.) [732 NYS2d 611] —Appeal unanimously dismissed without costs (*see,* CPLR 5511; *Matter of Brown v Starkweather,* 197 AD2d 840, 841, *lv denied* 82 NY2d 653). (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Discovery.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.

■ JOEL PAULL, M.D., et al., Respondents, v FIRST UNUM LIFE INSURANCE COMPANY et al., Appellants, et al., Defendants. (Appeal No. 3.) [732 NYS2d 611] —Order unanimously modified on the law and as modified affirmed without costs and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: Supreme Court erred in awarding plaintiffs $30,000 in attorneys' fees without conducting a hearing. In a prior order the court had awarded plaintiffs sanctions against defendant First UNUM Life Insurance Company (First UNUM) in the form of "attorney[s'] fees expended in litigating all discovery motions in this action," and in the order before us on this appeal the court set the amount at $30,000. A hearing is required to afford First UNUM an opportunity to contest the amount of the fees sought by plaintiff and to ensure that the fees are "fixed upon a proper showing of the value of work necessitated and amount of time actually expended" by plaintiffs in litigating the relevant discovery motions (*Fontanella v Fontanella,* 167 AD2d 185). We therefore modify the order by vacating the amount of attorneys' fees awarded and remit the matter to Supreme Court for a hearing

to determine the proper amount. (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Counsel Fees.) Present—Pine, J. P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.